UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| United States of America | No.: | 3:20-cr-00195 |
|---|---|---|
| v. | | |
| AUDREY BONET JOHNSON | Date: | May 18, 2021 |

### ORDER RE: PRETRIAL RELEASE ISSUES

Defendant has been ordered released on conditions, after a hearing before a United States Magistrate Judge.

It is hereby ORDERED that any and all pre-trial release issues that arise regarding this defendant, including motions to modify conditions, reports of violations, requests for revocation, and any other matters, are referred for resolution to:

Hon. Sarah A.L. Merriam                              , USMJ

Counsel or a probation officer who files any motion, request or petition related to pre-trial release shall ensure that a copy of the submission is provided to the Magistrate Judge by e-mail to that Judge's Courtroom Deputy.

IT IS SO ORDERED.

/s/ MICHAEL P. SHEA

Hon.
United States District Judge

1