UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
UNITED STATES OF AMERICA        :   Crim. No. 3:20CR00195(MPS)
:
v.                              :
:
AUDREY BONET JOHNSON            :   October 1, 2021
:
---------------------------------------------------x

## **FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY**

This matter was referred to the undersigned by Judge Michael P. Shea, and a hearing was conducted, in open court and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to waive indictment and enter a plea of "Guilty" to a one-count Superseding Information. Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement; I find the following:

- that the defendant is competent to plead;

- that she understands the charges against her;

- that she knows she has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with her current counsel;

- that she understands her right to trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

- that she knows the maximum possible sentence including the maximum possible terms of imprisonment and supervised release [and probation], and the maximum

potential fine that could be imposed;

- that she knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that any factual disputes at sentencing will be resolved by the Judge by a preponderance of the evidence;

- that she understands the immigration consequences and the other collateral consequences of a felony conviction;

- that she knows she will not be permitted to withdraw her plea of guilty if the sentence imposed is other than she anticipates;

- that she understands her right to appeal, and that her limited waiver of that right is made knowingly and of her own free will;

- that there is a factual basis for the defendant's plea, including the information set forth in the stipulation of offense conduct; and

- that the defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced.

Accordingly, I hereby **RECOMMEND** that the defendant's plea of guilty be accepted.

Dated this 1st day of October, 2021, at New Haven, Connecticut.

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2021.10.01 17:08:35 -04'00'

Sarah A. L. Merriam
United States Magistrate Judge